Peter M. Ofsars, Appellee, v. Interstate Motor Freight System Company, Inc., Appellant.

Gen. No. 41,822.

Heard in third division, first district, this court at October term, 1941; opinion filed May 27, 1942. David C. Ruttenberg, for appellant; Marvin H. Ruttenberg, of counsel; Louis A. Smith and Harold Tucker, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."